| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| D'Agostino, Mae A. | U.S. District Court, Northern District of New York | 01/05/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☑ Nomination, Date 01/05/2011<br>☐ Initial  ☐ Annual  ☐ Final | 01/01/2010 to 12/30/2010 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Mae A. D'Agostino<br>D'Agostino, Krackeler, Maguire & Cardona, PC<br>16 Sage Estates<br>Albany, NY 12204 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | D'Agostino, Krackeler, Maguire & Cardona, PC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 05/01/2008 | American International Life Assurance Co, structured settlement for future payments of legal fees earned |
| 2. 09/04/2002 | American General Life Insurance Co., structured settlement for future payments of legal fees earned |
| 3. | . |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | Adjunct Professor Albany Law School | $3,200.00 |
| 2. | 2009 | D'Agostino, Krackeler, Maguire & Cardona, PC | $145,538.09 |
| 3. | 2009 | American International Life Assurance Co., Structured Settlement - attorney fee received | $100,070.09 |
| 4. | 2010 | D'Agostino, Krackeler, Maguire & Cardona, PC | $564,158.00 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agustino, Mae A. | 01/05/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 01/05/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Prime Money Market | A | Dividend | M | T | Exempt | | | | |
| 2. Key Bank Money Market Checking | A | Interest | N | T | | | | | |
| 3. Brokerage Account | | | | | | | | | |
| 4. Fidelity Diversified International (FDIVX) | A | Dividend | | | | | | | |
| 5. Spartan 500 Index Fid Adv Class (FSMAX) | A | Dividend | J | T | | | | | |
| 6. Fidelity Cash Reserves (FDRXX) | A | Dividend | J | T | | | | | |
| 7. Fidelity Contrafund (FCNTX) | A | Dividend | J | T | | | | | |
| 8. Fidelity GNMA Fund (FGMNX) | A | Dividend | J | T | | | | | |
| 9. Fidelity Low Priced Stock (FLPSX) | A | Dividend | J | T | | | | | |
| 10. Fidelity Strategic Income (FSICX) | A | Dividend | J | T | | | | | |
| 11. Fidelity Select Med Eqpt&Sys (FSMEX) | A | Dividend | J | T | | | | | |
| 12. Artisan Mid Cap Value (ARTQX) | A | Dividend | J | T | | | | | |
| 13. Columbia Val and Restruct Cl Z (UMBIX) | A | Dividend | J | T | | | | | |
| 14. Oakmark Intmtl Small Cap I (OAKEX) | A | Dividend | J | T | | | | | |
| 15. Perkins Mid Cap Value CL J (JMCVX) | A | Dividend | J | T | | | | | |
| 16. Janus Overseas Fund CL T (JAOSX) | A | Dividend | J | T | | | | | |
| 17. PIMCO Low Dur Cl D (PLDDX) | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. PIMCO Invest Gr Corp Bond D (PBDDX) | A | Dividend | J | T | | | | | |
| 19. PIMCO Glb Strat Bd Cl D (PGSDX) | A | Dividend | J | T | | | | | |
| 20. SSGA Emerging Markets (SSEMX) | A | Dividend | J | T | | | | | |
| 21. Core Money Market | A | Interest | | | | | | | |
| 22. 401(k) Plan #1 | | | | | | | | | |
| 23. -MFS Bond Fund - A | A | Dividend | | | | | | | |
| 24. -MFS Total Return Fund - A | A | Dividend | | | | | | | |
| 25. -MFS Money Market Fund | A | Dividend | | | | | | | |
| 26. -MFS High Income Fund - A | A | Dividend | | | | | | | |
| 27. -Massachusetts Investors Trust - A | A | Dividend | | | | | | | |
| 28. -MFS International Value - A | A | Dividend | | | | | | | |
| 29. -MFS Core Equity Fund - A | A | Dividend | | | | | | | |
| 30. -MFS Conservative Alloc Fd - A | A | Dividend | | | | | | | |
| 31. -MFS Growth Fund - A | A | Dividend | | | | | | | |
| 32. -MFS Mid Cap Value Fund - A | A | Dividend | | | | | | | |
| 33. -MFS International New Discovery - A | A | Dividend | | | | | | | |
| 34. -MFS Global Equity Fund - A | A | Dividend | | | | | | | |

1. Income Gain Codes.
(See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes
(See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 01/05/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 401(k) Plan #2 | | | | | | | | | |
| 36. -JPM Mrtg Bckd Sel | A | Dividend | M | T | | | | | |
| 37. -Principal Sm Cap S&P 600 Indx Inst | A | Dividend | K | T | | | | | |
| 38. -RdgWrth Ttl Rtn Bd I | A | Dividend | M | T | | | | | |
| 39. -MSIF MdCap Gr I | A | Dividend | K | T | | | | | |
| 40. -Thmbrg Intl Val I | A | Dividend | L | T | | | | | |
| 41. -Vngrd Sel Val Inv | A | Dividend | K | T | | | | | |
| 42. -DWS Inst Eq 500 Indx Inst | A | Dividend | L | T | | | | | |
| 43. -Vngrd Trgt Rtrmt 2010 | A | Dividend | L | T | | | | | |
| 44. -Morley Stable Val VI | A | Dividend | M | T | | | | | |
| 45. -Vngrd Divd Gr Inv | A | Dividend | L | T | | | | | |
| 46. Vanguard LifeStrategy Mod Gr - IRA | A | Dividend | J | T | | | | | |
| 47. Vanguard Gr & Inc - Custodial Acct | A | Dividend | J | T | | | | | |
| 48. Prudential Annuity (inherited) | D | Interest | L | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns D1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks -- see schedule | | 516 | 607 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities—see schedule | | 996 | 172 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable—primary residence | | 91 | 224 |
| Real estate owned—see schedule | | 540 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 50 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| - Annuity | | 87 | 276 | | | | |
| - Structured settlements – see schedule | | 166 | 400 | | | | |
| | | | | Total liabilities | | 91 | 224 |
| | | | | Net Worth | 2 | 265 | 231 |
| Total Assets | 2 | 356 | 455 | Total liabilities and net worth | 2 | 356 | 455 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor on leases or contracts | | | | Are any assets pledged? (Add schedule) | NO | | |
| Legal Claims | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | NO | | |
| Other special debt | | | | | | | |